226 So.2d 527

**STATE of Louisiana**

v.

**Anthony Joseph BARLOTTA.**

No. 50155.

Oct. 3, 1969.

In re: Anthony Joseph Barlotta applying for writs of certiorari, mandamus and prohibition.

Application denied. We find no merit in relator's request.

■

226 So.2d 769

**Elisha CLOVIS**

v.

**HARTFORD ACCIDENT AND INDEMNITY COMPANY et al.**

No. 49988.

Oct. 8, 1969.

In re: Elisha Clovis applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 223 So.2d 178.

Writ refused. Under the facts as found by the Court of Appeal there is no error of law in the judgment.

SUMMERS, J., is of the opinion the writ should be granted.